UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-1317-PA (SP) | Date | October 13, 2015 |
|---|---|---|---|
| Title | RICKY HOWARD v. PAULETTE FINANDER | | |

| Present: The Honorable | **Sheri Pym, United States Magistrate Judge** | |
|---|---|---|
| Kimberly Carter | None Appearing | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff(s): None Appearing

Attorneys Present for Defendant(s): None Appearing

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY COMPLAINT SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

On May 26, 2015, this court dismissed the complaint in this case with leave to file a First Amended Complaint by June 25, 2015. After plaintiff failed to respond by that date, on July 14, 2015, the court issued an Order to Show Cause why the case should not be dismissed for failure to prosecute. Plaintiff responded to the Order to Show Cause by stating he never received the court's May 26, 2015 dismissal order.

In light of this response, the Order to Show Cause was discharged, and the court granted plaintiff an extension to September 18, 2015 to file a First Amended Complaint, and sent plaintiff another copy of the May 26, 2015 dismissal order. More than three weeks having passed since that deadline, the court has not received a First Amended Complaint or any other communication from plaintiff.

Accordingly, within **twenty-one (21)** days of the date of this Order, that is, by **November 3, 2015**, plaintiff is **ORDERED TO SHOW CAUSE**, in writing, why this action should not be dismissed for failure to prosecute and/or comply with a court order. Plaintiff is cautioned that his failure to timely file a response to this Order to Show Cause will be deemed by the court as consent to the dismissal of this action without prejudice. In the event plaintiff wishes to voluntarily dismiss this action, plaintiff may complete and return the enclosed Notice of Dismissal form by November 3, 2015.

If plaintiff files a First Amended Complaint by **November 3, 2015**, this Order to Show Cause will be automatically discharged, and plaintiff need not respond to it separately.