# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

RICKY HOWARD,

        Plaintiff,

        v.

PAULETTE FINANDER, et al.,

        Defendants.

Case No. CV 15-1317-PA (SP)

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which defendants have objected. The Court accepts the findings and recommendation of the Magistrate Judge.

//

//

IT IS THEREFORE ORDERED: defendant Finander's Motion to Dismiss (docket no. 51) is denied; defendants Marcelo and Fitter's Motion to Dismiss (docket no. 66) is granted only to the extent of dismissing without leave to amend any potential claim for retaliation against defendants Marcelo and Fitter only; and defendants Marcelo and Fitter's Motion to Dismiss is denied in all other respects. Defendants are ordered to answer the Second Amended Complaint within fourteen days of this Order.

DATED:   May 14, 2018

_____

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE